BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00214 LJO |
| --- | --- | --- |
| Plaintiff, | ) | STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA |
| v. | ) | |
| GERARDO VILLAGOMEZ-CERVATES | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, Megan A. S. Richards, and defendant, Gerardo Villagomez-Cervantes, by and through his counsel of record, Francine Zepeda, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 10, 2012 at 8:30.

2. By this stipulation, defendant now moves to reschedule the status conference to September 4, 2012 at 8:30 and set the

//
//
///

matter for a change of plea and sentencing.

DATED:    August 27, 2012.

                            BENJAMIN B. WAGNER
                            UNITED STATES ATTORNEY

                            /s/ Megan A. S. Richards
                            MEGAN A. S. RICHARDS
                            Special Assistant United States Attorney


DATED:    August 27, 2012.

                            /s/ Francine Zepeda
                            FRANCINE ZEPEDA
                            Counsel for Defendant


                                  ORDER

    IT IS SO FOUND.

IT IS SO ORDERED.

**Dated:   August 27, 2012**                     **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE